# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAFFANIE TODD, on behalf of herself; R.D., R.D., and D.T., by and through their next friend, Daffanie Todd,<br><br>    Plaintiffs,<br><br>v.<br><br>MERIA CARSTARPHEN, in her official capacity as Superintendent, Atlanta Independent School System, and ATLANTA INDEPENDENT SCHOOL SYSTEM,<br><br>    Defendants. | 1:16-cv-03729-WSD |

## **ORDER**

This matter is before the Court on the Joint Detailed Discovery Plan [17] (the "Plan") filed by the parties. Having considered the Plan,

**IT IS HEREBY ORDERED** that the Joint Detailed Discovery Plan [17] is **ADOPTED** as an Order of the Court. Discovery, fact and expert, shall be completed by December 16, 2016. No extensions will be granted.

**SO ORDERED** this 15th day of November, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE