IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAFFANIE TODD, on behalf of herself, R.D., R.D., and D.T., by and through their next friend, DAFFANIE TODD,<br><br>　　Plaintiff,<br><br>v.<br><br>MERIA CARSTARPHEN, in her official capacity as Superintendent, and ATLANTA INDEPENDENT SCHOOL SYSTEM,<br><br>　　Defendant. | Civil Action No. 1:16-CV-03729-WSD |

## ATTORNEY NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, MARYGRACE KATHLEEN BELL, of NELSON MULLINS RILEY & SCARBOROUGH LLP, 201 17th Street NW, Suite 1700, Atlanta, GA 30363, who files this Entry of Appearance and show as follows:

1.

The style of the case and the civil action number are listed above.

2.

The parties for whom appearance is made are for Defendants Meria Carstarphen, in her official capacity as Superintendent and Atlanta Independent School System (collectively "Defendants").

3.

The name, current office address, telephone number, and facsimile number of the undersigned are: MaryGrace K. Bell, telephone 404-322-6000, fax 404-322-6050, address NELSON MULLINS RILEY & SCARBOROUGH LLP, Atlantic Station – Suite 1700, 201 17th Street, NW, Atlanta, GA 30363. Email address is marygrace.bell@nelsonmullins.com.

4.

Counsel has been authorized to act on behalf of the above-named Defendants and moves that the name of counsel signing hereunder be entered upon the docket as counsel of record.

[SIGNATURE TO FOLLOW ON NEXT PAGE]

This 5th day of January 2017.

        Respectfully submitted,

        **NELSON MULLINS**
        **RILEY & SCARBOROUGH LLP**

        /s/ MaryGrace K. Bell
        Laurance Warco
        Georgia Bar No. 736652
        MaryGrace K. Bell
        Georgia Bar No. 330653
        *Counsel for Defendants Meria Carstarphen,*
        *in her official capacity as Superintendent*
        *and Atlanta Independent School System*

Atlantic Station – Suite 1700
201 17th Street NW
Atlanta, GA 30363
Tel: 404.322.6000
Fax: 404.322.6050
Email: laurence.warco@nelsonmullins.com
Email: marygrace.bell@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 2017, I served a copy of the foregoing ATTORNEY NOTICE OF APPEARANCE by depositing the same in the United States Mail in a properly addressed envelope with sufficient postage thereon to ensure delivery as follows:

| | |
|---|---|
| Kimberly Charles, Esq.<br>William Thompson, Esq.<br>Atlanta Legal Aid Society<br>777 Cleveland Ave SW<br>Suite 410<br>Atlanta, GA 30315 | Craig Goodmark, Esq.<br>Atlanta Legal Aid Society<br>54 Ellis St., NW<br>Atlanta, GA 30303 |

Respectfully submitted,

**NELSON MULLINS
RILEY & SCARBOROUGH LLP**

/s/ MaryGrace K. Bell
Laurance Warco
Georgia Bar No. 736652
MaryGrace K. Bell
Georgia Bar No. 330653
*Counsel for Defendants Meria Carstarphen,
in her official capacity as Superintendent
and Atlanta Independent School System*

Atlantic Station – Suite 1700
201 17th Street NW
Atlanta, GA 30363
Tel: 404.322.6000
Fax: 404.322.6050
Email: laurence.warco@nelsonmullins.com
Email: marygrace.bell@nelsonmullins.com