# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cv-03729-WSD**
**Todd et al v. Carstarphen et al**
**Honorable William S. Duffey, Jr.**

Minute Sheet for proceedings held In Open Court on 01/05/2017.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 1:15 P.M.        COURT REPORTER: Nicholas A. Marrone
TIME IN COURT: 3:25                    DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Anita Balasubramanian representing Atlanta Independent School System |
| | Anita Balasubramanian representing Meria Joel Carstarphen |
| | MaryGrace Bell representing Atlanta Independent School System |
| | MaryGrace Bell representing Meria Joel Carstarphen |
| | Kimberly Charles representing D.T. |
| | Kimberly Charles representing R.D. |
| | Kimberly Charles representing Daffanie Todd |
| | Jonathan Flack representing D.T. |
| | Jonathan Flack representing R.D. |
| | Jonathan Flack representing Daffanie Todd |
| | Craig Goodmark representing D.T. |
| | Craig Goodmark representing R.D. |
| | Craig Goodmark representing Daffanie Todd |
| | Laurance Warco representing Atlanta Independent School System |
| | Laurance Warco representing Meria Joel Carstarphen |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Preliminary/Permanent Injunction Hearing held. Plaintiffs presented opening statement. Plaintiffs presented the following witnesses: Daffanie Todd, Tameka Allen, and Eshkia Thomas. Plaintiffs' Exhibits 1 (redacted), 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 were admitted. Defendants presented the following witness: John Franklin. The parties are DIRECTED to file, on or before January 13, 2017, at 5:00 p.m., redline versions of their proposed findings of facts and conclusions of law. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |